## Southern Railway Co. *v.* Lynn.

APPEAL from the Jefferson Circuit Court.
Tried before the Hon.' A. A. COLEMAN.

SMITH & WEATHERLY, for appellant.

LANE & WHITE, for appellee.

This was an action by Lynn, the appellee, against the Southern Railway Company, for the recovery of five hundred dollars, as damages for the alleged wrongful ejection of the plaintiff, a passenger, from one of the trains of the defendant. On the trial in the court below, there were a verdict and judgment for the plaintiff for $150, from which the defendant appeals.

The judgment is affirmed on the authority of *Southern Ry. Co. v. Lynn*, 128 Ala. 297.

Opinion by TYSON, J.